JS-6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT

DEC 27 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY FLETCHER, | Case No. CV 07-06825 DSF (AN) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TOM MADDOX, | |
| Respondent. | |

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

Dated: Dec 24, 2007

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE